| AO 10<br>Rev. 1/2013 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2012** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Teel, Samuel M. | 2. Court or Organization<br><br>U.S. Bankr. Ct. D.D.C. | 3. Date of Report<br><br>03/11/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States Courthouse
333 Constitution Ave., N.W.
Washington, DC 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Executive Committee | Walter Chandler American Inn of Court |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 03/11/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Salary from U.S. Department of State |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 03/19/12 to 03/20/12 | Miami, FL | Endowment Board meeting | Transportation, hotel, meals. |
| 2. | American Bankruptcy Institute | 08/02/12 to 08/03/12 | Cambridge, MD | Spoke on educational program | Transportation, hotel, meals. |
| 3. | National Conference of Bankruptcy Judges | 10/24/12 to 10/27/12 | San Diego, CA | Endowment Board meeting; annual Nat'l Conf. of Bankr. Judges meeting | Transportation, hotel, meals. |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 03/11/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 03/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Stocks are common unless marked preferred. L.P. means | | | | | | | | | |
| 2. limited partnership. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. BROKERAGE ACCOUNT #1B | | | | | | | | | |
| 5. SEI Daily Income TrFund 138 Treas Portfolios CL B and cash | A | Dividend | N | T | | | | | |
| 6. to be swept therein | | | | | | | | | |
| 7. Abbott Labs Inc (ABT) | A | Dividend | J | T | Buy | 06/22/12 | J | | |
| 8. | | | | | Buy (add'l) | 08/15/12 | J | | |
| 9. Ametek Inc. New (AME) | A | Dividend | J | T | | | | | |
| 10. | | | | | | | | | |
| 11. ANSYS INC (ANSS) | | None | K | T | Buy | 01/06/12 | J | | |
| 12. | | | | | Buy (add'l) | 06/18/12 | J | | |
| 13. | | | | | Buy (add'l) | 08/15/12 | J | | |
| 14. Apple Computer (AAPL) | A | Dividend | K | T | | | | | |
| 15. Aptargroup Inc. (ATR) | A | Dividend | | | Buy (add'l) | 01/19/12 | J | | |
| 16. | | | | | Sold (part) | 11/09/12 | J | | |
| 17. | | | | | Sold | 11/09/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 03/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Automatic Data Processing Inc (ADP) | A | Dividend | J | T | Buy | 07/27/12 | J | | |
| 19. Autozone Inc.(AZO) | | None | K | T | | | | | |
| 20. Bank Montreal Quebec (BMO) | A | Dividend | K | T | | | | | |
| 21. Barrick Gold Corp. (ABX) | A | Dividend | | | Sold | 04/26/12 | J | | |
| 22. BCE Inc. (BCE) | A | Dividend | J | T | | | | | |
| 23. Canadian National Railway Company (CNI) | A | Dividend | | | Sold (part) | 01/09/12 | J | A | |
| 24. | | | | | Buy (add'l) | 01/19/12 | J | | |
| 25. | | | | | Sold (part) | 1/30/12 | J | | |
| 26. | | | | | Sold (part) | 07/27/12 | J | A | |
| 27. | | | | | Sold | 07/27/12 | J | B | |
| 28. Celegene Corp (CELG) | | None | J | T | Buy | 12/19/12 | J | | |
| 29. CH Robinson (CHRW) | A | Dividend | J | T | Sold (part) | 05/24/12 | J | A | |
| 30. | | | | | Sold (part) | 07/18/12 | J | A | |
| 31. Check Point Software Tech LT ORD (CHKP) | | None | | | Sold (part) | 08/29/12 | J | C | |
| 32. | | | | | Sold | 11/09/12 | J | B | |
| 33. Chevron Corp. (CVX) | A | Dividend | | | Sold | 04/02/12 | J | A | |
| 34. Church & Dwight Co. Inc. (CHD) | A | Dividend | K | T | Buy (add'l) | 01/19/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 03/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Clean Harbors Inc. (CLH) | | None | J | T | Sold (part) | 10/11/12 | J | | |
| 36. Cognizant Tech. Solutions Corp. (CTSH) | | None | | | Buy (add'l) | 02/17/12 | J | | |
| 37. | | | | | Sold (part) | 05/18/12 | J | | |
| 38. | | | | | Sold (part) | 07/18/12 | J | A | |
| 39. | | | | | Sold | 07/27/12 | J | C | |
| 40. Cummins Inc. (CMI) | A | Dividend | | | Sold (part) | 06/06/12 | J | A | |
| 41. | | | | | Sold | 11/09/12 | J | A | |
| 42. Danaher Corp. Del. (DHR) | A | Dividend | K | T | Buy (add'l) | 01/19/12 | J | | |
| 43. | | | | | Buy (add'l) | 08/15/12 | J | | |
| 44. Dominion Res. Inc. Va. New (D) | A | Dividend | J | T | | | | | |
| 45. Ecolab Inc. (ECL) | A | Dividend | K | T | Buy (add'l) | 01/19/12 | J | | |
| 46. Emerson Electric Co. (EMR) | A | Dividend | | | Sold | 04/26/12 | J | C | |
| 47. Express Scripts Inc Cl A | | None | | | Buy | 03/12/12 | J | | |
| 48. | | | | | Merged (with line 49) | 04/02/12 | K | | |
| 49. Express Scripts Hldg | | None | K | T | Open | 04/04/12 | K | | Acqrd. via line 48 merger |
| 50. | | | | | Buy (add'l) | 08/15/12 | J | | |
| 51. | | | | | Buy (add'l) | 10/16/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 03/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 53. Factset Research Systems (FDS) | A | Dividend | | | Buy (add'l) | 02/02/12 | J | | |
| 54. | | | | | Sold (part) | 05/15/12 | J | A | |
| 55. | | | | | Sold | 11/09/12 | J | C | |
| 56. FirstEnergy Corp. | A | Dividend | | | Buy | 06/18/12 | J | | |
| 57. | | | | | Sold | 09/05/12 | J | | |
| 58. Fiserv Inc (FISV) | | None | J | T | Buy | 12/19/12 | J | | |
| 59. Healthcare REIT Inc. (HCN) | A | Dividend | K | T | Buy (add'l) | 07/18/12 | J | | |
| 60. | | | | | Buy (add'l) | 07/27/12 | J | | |
| 61. ---Return of capital | A | Distribution | | | | | | | |
| 62. ---Capital gain distribution | A | Distribution | | | | | | | |
| 63. Henry Schein Inc. (HSIC) | | None | K | T | Buy (add'l) | 08/15/12 | J | | |
| 64. Humana Inc. (HUM) | A | Dividend | | | Sold (part) | 05/18/12 | J | A | |
| 65. | | | | | Sold (part) | 07/18/12 | J | A | |
| 66. | | | | | Sold | 07/27/12 | J | A | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 03/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IBM Corp. (IBM) | A | Dividend | K | T | | | | | |
| 70. Idexx Labs Inc. (IDXX) | | None | J | T | | | | | |
| 71. Intuit (INTU) | A | Dividend | J | T | Buy | 01/19/12 | J | | |
| 72. | | | | | Buy (add'l) | 03/20/12 | J | | |
| 73. JM Smucker Co. (SJM) | A | Dividend | K | T | Buy (add'l) | 01/19/12 | J | | |
| 74. Kirby Corp. (KEX) | | None | J | T | Sold (part) | 01/10/12 | J | B | |
| 75. | | | | | Sold (part) | 06/06/12 | J | B | |
| 76. Laboratory Corp America Hldgs | | None | | | Buy | 01/06/12 | J | | |
| 77. | | | | | Sold | 11/09/12 | J | | |
| 78. McCormick & Co Inc Non-Voting (MKC) | A | Dividend | K | T | Buy | 06/18/12 | J | | |
| 79. | | | | | Buy (add'l) | 08/15/12 | J | | |
| 80. McDonald's Corp. | A | Dividend | K | T | Buy (add'l) | 07/18/12 | J | | |
| 81. | | | | | | | | | |
| 82. Newmont Mining Corp. (NEM) | A | Dividend | | | Sold (part) | 04/26/12 | J | | |
| 83. | | | | | Sold | 04/26/12 | J | | |
| 84. | | | | | | | | | |
| 85. Nextera Energy Inc (NKE) | A | Dividend | J | T | Buy | 03/12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 03/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Nike Inc. Class B Common (NKE) | A | Dividend | K | T | | | | | |
| 87. Norfolk Southern Company | A | Dividend | | | Buy (add'l) | 07/27/12 | J | | |
| 88. | | | | | Sold | 10/11/12 | J | | |
| 89. Novo Nordisk ADR (NVO) | A | Dividend | K | T | | | | | |
| 90. Oracle Corp. (ORCL) | A | Dividend | | | Sold (part) | 05/18/12 | J | | |
| 91. | | | | | Sold | 06/19/12 | J | A | |
| 92. Praxair Inc. (PX) | A | Dividend | K | T | | | | | |
| 93. Public Storage Inc.(PSA) | A | Dividend | K | T | Buy (add'l) | 01/19/12 | J | | |
| 94. | | | | | | | | | |
| 95. Questar Corp. (STR) | A | Dividend | J | T | Sold (part) | 01/09/12 | J | A | |
| 96. Roper Inds. Inc. New (ROP) | A | Dividend | K | T | Buy (add'l) | 12/19/12 | J | | |
| 97. Ross Stores Inc Com (ROST) | A | Dividend | J | T | Buy | 09/13/12 | J | | |
| 98. Sigma Aldrich Corp. (SIAL) | A | Dividend | K | T | | | | | |
| 99. Southern Co. (SO) | A | Dividend | K | T | | | | | |
| 100. Stericycle Inc. (SRCL) | | None | K | T | Buy (add'l) | 01/19/12 | J | | |
| 101. | | | | | Buy (add'l) | 10/16/12 | J | | |
| 102. Teradata Corp (TDC) | | None | J | T | Buy | 06/22/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 03/11/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 08/15/12 | J | | |
| 104. Thermo Fisher Scientific Inc. (TMO) | A | Dividend | K | T | Buy (add'l) | 01/19/12 | J | | |
| 105. Toro Co (TTC) | A | Dividend | J | T | Buy | 11/06/12 | J | | |
| 106. Toronto Dominion Bk Ont. (TD) | A | Dividend | J | T | Buy (add'l) | 01/19/12 | J | | |
| 107. Trimble Nav. Ltd. (TRMB) | | None | J | T | Buy (add'l) | 01/19/12 | J | | |
| 108. | | | | | Buy (add'l) | 01/13/12 | J | | |
| 109. United Technologies Corp. (UXT) | A | Dividend | J | T | Buy (add'l) | 01/19/12 | J | | |
| 110. | | | | | Sold (part) | 05/24/12 | J | | |
| 111. W W Grainger Inc. (GWW) | A | Dividend | J | T | Buy (add'l) | 01/19/12 | J | | |
| 112. Ridgeworth L/C Value Equity Fund | A | Dividend | J | T | Open | 11/12/12 | J | | |
| 113. | | | | | Buy (add'l) | 12/20/12 | J | | Reinvested dividends. |
| 114. | | | | | Donated (part) | | | | |
| 115. ING Mut. Funds Intl. Small Cap Growth Fd. Cl. B (NTKLX) | A | Dividend | | | Sold (part) | 12/17/12 | J | | |
| 116. | | | | | Sold (part) | 12/17/12 | J | A | |
| 117. | | | | | Sold (part) | 12/19/12 | J | | |
| 118. | | | | | Sold (part) | 12/17/12 | K | | |
| 119. | | | | | Sold (part) | 12/17/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 12/17/12 | J | A | |
| 121. | | | | | Sold (part) | 12/19/12 | J | | |
| 122. | | | | | Sold | 12/19/12 | J | A | |
| 123. Dallas TX Indpt. Sch. 5% dtd. 02/15/04 due 022/15/23 | B | Interest | K | T | | | | | |
| 124. Delaware St. 5%15 GO due 08/01/15 | B | Interest | K | T | | | | | |
| 125. El Paso Co., Colorado Sch. Dist. Rev. 5% due 12/15/16 | B | Interest | L | T | | | | | |
| 126. Horry Cnty S.C. Sch. 5% Genl Oblig due 03/01/12 | A | Interest | | | Redeemed | 03/01/12 | K | | |
| 127. Pennsylvania St. Tpk. 5.25%14 Rev. due 12/01/14 | B | Interest | K | T | | | | | |
| 128. Port Olympia, Washington 5.5% due 12/01/16 | C | Interest | L | T | | | | | |
| 129. Princeton NJ Regl. Sch. Dist. Rev. dtd 07/03/09 4.000% due | A | Interest | K | T | | | | | |
| 130. 02/01/08 | | | | | | | | | |
| 131. San Francisco Gen Oblign Dtd 02/13/07 5% 06/15/13 Callable | A | Interest | | | Redeemed | 06/15/12 | K | | |
| 132. South Portland ME School Dist. Rev. 05-30-2012 4% 7-15-2021 | | None | L | T | Buy | 06/12/12 | L | | |
| 133. Upper Merion PA Sch. Dist. Rev. 5% due 02/15/18 | B | Interest | L | T | | | | | |
| 134. Washington St. Gen. Oblig. dtd 07/26/2005 5.000% due | C | Interest | L | T | | | | | |
| 135. 07/01/2020 | | | | | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 03/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. BROKERAGE ACCOUNT NO. 2 | | | | | | | | | |
| 138. SEI Daily Inc. Trfund　　Treas Portfolios Cl B & Cash to be | A | Dividend | L | T | | | | | |
| 139. swept therein. | | | | | | | | | |
| 140. Abbott Labs Inc | A | Dividend | J | T | Buy | 06/22/12 | J | | |
| 141. Ametek Inc New (AME) | A | Dividend | J | T | | | | | |
| 142. Apple Computer (AAPL) | A | Dividend | J | T | | | | | |
| 143. Aptar Group Inc. (ATR) | A | Dividend | | | Buy (add'l) | 02/07/12 | J | | |
| 144. | | | | | Sold (part) | 11/09/12 | J | | |
| 145. | | | | | Sold | 11/09/12 | J | A | |
| 146. Automatic Data Processing Inc | A | Dividend | J | T | Buy | 07/27/12 | J | | |
| 147. Barrick Gold Corp. (ABX) | A | Dividend | | | Sold | 04/26/12 | J | | |
| 148. BCE Inc. (BCE) | A | Dividend | J | T | | | | | |
| 149. Becton Dickinson & Co. (BDX) | A | Dividend | | | Sold | 06/19/12 | J | A | |
| 150. Canadian Natl. R. Co. (CNI) | | None | | | Sold (part) | 01/09/12 | J | A | |
| 151. | | | | | Sold | 01/30/12 | J | B | |
| 152. | | | | | Buy | 07/18/12 | J | | |
| 153. | | | | | Sold | 07/27/12 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 03/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Celegene Corp | | None | J | T | Buy | 12/19/12 | J | | |
| 155. C.H. Robinson Worldwide New (CHRW) | A | Dividend | J | T | Sold (part) | 05/24/12 | J | B | |
| 156. Check Point Software | | None | | | Buy | 03/20/12 | J | | |
| 157. | | | | | Sold | 11/09/12 | J | | |
| 158. Clean Harbors Inc. | | None | J | T | | | | | |
| 159. Cummins Inc. | A | Dividend | | | Sold | 11/09/12 | J | A | |
| 160. Dominion Res. Inc. VA (D) | A | Dividend | J | T | | | | | |
| 161. Ecolab Inc. (ECL) | A | Dividend | J | T | | | | | |
| 162. EQT Corp. (EQT) | A | Dividend | | | Sold (part) | 05/18/12 | J | A | |
| 163. | | | | | Sold | 05/24/12 | J | A | |
| 164. Express Scripts Inc. (ESRX) | | None | | | Merged (with line 165) | 04/02/12 | J | | |
| 165. Express Scripts Hldg (acquired via merger) | | None | J | T | Buy (add'l) | 12/19/12 | J | | |
| 166. Factset Research Systems (FDS) | A | Dividend | | | Sold | 11/09/12 | J | B | |
| 167. Fastenal Corp. (FAST) | A | Dividend | K | T | | | | | |
| 168. Fiserv Inc (FISV) | | None | J | T | Buy | 12/19/12 | J | | |
| 169. Hansen Natural Corp. (HANS) | | None | | | Closed | 01/09/12 | K | | |
| 170. Name changed 01/09/12 to Monster | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Beverage (see below) (so "closed" in that sense) | | | | | | | | | |
| 172. Health Care REIT Inc. (HCN) | A | Dividend | J | T | | | | | |
| 173. Humana Inc. (HUM) | A | Dividend | | | Sold (part) | 05/18/12 | J | | |
| 174. | | | | | Sold (part) | 05/18/12 | J | A | |
| 175. | | | | | Sold (part) | 07/18/12 | J | A | |
| 176. | | | | | Sold | 07/27/12 | J | A | |
| 177. IBM Corp. | A | Dividend | J | T | | | | | |
| 178. Idexx Labs Inc. (IDXX) | | None | J | T | | | | | |
| 179. Intuit (INTU) | | None | J | T | Buy | 10/16/12 | J | | |
| 180. Kirby Corporation (KEX) | | None | | | Sold | 01/10/12 | J | A | |
| 181. | | | | | | | | | |
| 182. McDonald's Corp. (MCD) | A | Dividend | J | T | | | | | |
| 183. Monster Beverage Corp. (name change for Hansen Natural) | | None | | | Open | 01/09/12 | K | | |
| 184. ("Open" only in that sense of a name change.) | | | | | Sold (part) | 06/19/12 | J | D | |
| 185. | | | | | Sold | 11/09/12 | J | C | |
| 186. Newmont Mining Corp. Com. (NEM) | A | Dividend | | | Sold (part) | 04/26/12 | J | | |
| 187. | | | | | Sold | 04/26/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 03/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Nextera Energy Inc. (NEE) | A | Dividend | J | T | Buy (add'l) | 07/18/12 | J | | |
| 189. Novo Nordisk ADR (NVO) | A | Dividend | J | T | | | | | |
| 190. Nuance Communications, Inc. (NUAN) | | None | K | T | | | | | |
| 191. Oracle Corp. (ORCL) | A | Dividend | | | Sold | 06/19/12 | J | B | |
| 192. Praxair Inc. (PX) | A | Dividend | J | T | Buy (add'l) | 01/06/12 | J | | |
| 193. | | | | | Buy (add'l) | 02/02/12 | J | | |
| 194. Public Storage Inc. (PSA) | A | Dividend | J | T | Buy | 06/06/12 | J | | |
| 195. Roper Indus. Inc. (ROP) | A | Dividend | J | T | Buy (add'l) | 12/19/12 | J | | |
| 196. Ross Stores Inc Com (ROST) | A | Dividend | J | T | Buy | 09/13/12 | J | | |
| 197. Stericycle Inc (SRCL) | | None | J | T | Buy | 07/18/12 | J | | |
| 198. Teradata Corp (TDC) | | None | J | T | Buy | 06/22/12 | J | | |
| 199. Thermo Fisher (TMO) | A | Dividend | J | T | Buy (add'l) | 09/10/12 | J | | |
| 200. Toro Co (TTC) | A | Dividend | J | T | Buy | 11/06/12 | J | | |
| 201. United Technologies Corp. (UTX) | A | Dividend | J | T | | | | | |
| 202. WW Grainger Inc. GWW) | A | Dividend | K | T | | | | | |
| 203. El Paso County, Colorado Sch. Dist. revenue 5% Due 12/15/16 | B | Interest | K | T | | | | | |
| 204. Maine St. Muni Bond Bank Rev. Bond 5% to 11//01/20 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 03/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Md. St. Health & HEFA RV Medlantic/ Helix FSA Issue A B/E | B | Interest | K | T | Redeemed (part) | 07/05/12 | J | B | |
| 206. OID 96.149 5% cpn. 4.750% due 08/15/28 | | | | | | | | | |
| 207. Pa. State 5%16 GO due 11/01/16 | B | Interest | K | T | | | | | |
| 208. Pa. State GO 5.000% due 10/01/22 | B | Interest | K | T | | | | | |
| 209. | | | | | | | | | |
| 210. MUTUAL FUND HELD WITH MUTUAL FUND CO. DIRECTLY | | | | | | | | | |
| 211. Fidelity Puritan Fund | A | Dividend | K | T | | | | | |
| 212. [capital gain distribution] | A | Distribution | | | | | | | |
| 213. SECURITIES LITIGATION RETURN OF CAPITAL | | | | | | | | | |
| 214. Real Estate Assocs. LP VI Litign. | A | Distribution | | | Closed | 09/20/12 | J | | |
| 215. BANK ACCOUNTS: | | | | | | | | | |
| 216. Wells Fargo money mkt. Acct. | A | Interest | L | T | | | | | |
| 217. Wells Fargo (Wachovia Bank) checking account | A | Interest | J | T | | | | | |
| 218. State Dept. Fed. Credit Union | A | Interest | L | T | | | | | |
| 219. Justice Dept. FCU | A | Interest | J | T | | | | | |
| 220. | | | | | | | | | |
| 221. INTERESTS AS LIMITED PARTNERS OR AS A RESULT OF SUCH | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. Pioneer Natural Resources Co. (PXD) | A | Dividend | J | T | | | | | |
| 223. Real Estate Assocs. Ltd. VI L.P. | A | Distribution | J | W | | | | | |
| 224. IRA ACCOUNT NO. 1: | A | Dividend | L | T | | | | | |
| 225. | A | Interest | | | | | | | |
| 226. --SEI Daily Income TRFUND 138 Treas Portfolios CL B | | | | | | | | | |
| 227. --Ametek Inc New | | | | | Buy | 01/06/12 | J | | |
| 228. | | | | | Sold (part) | 07/13/12 | J | A | |
| 229. --ANSYS INC | | | | | Buy | 01/06/12 | J | | |
| 230. --Chevron Corp | | | | | Buy | 03/12/12 | J | | |
| 231. | | | | | Sold | 04/02/12 | J | | |
| 232. --Church & Dwight Inc | | | | | Buy | 01/06/12 | J | | |
| 233. --FirstEnergy Corp | | | | | Buy | 09/05/12 | J | | |
| 234. | | | | | Sold | 09/05/12 | J | | |
| 235. --Intuit | | | | | Buy | 01/19/12 | J | | |
| 236. --Stericycle Inc | | | | | Buy | 02/09/12 | J | | |
| 237. --Target Corp bond 3.875% 07/15/2020 | | | | | Buy | 12/28/12 | J | | |
| 238. --Microchip Tech | | | | | Buy | 01/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 05/18/12 | J | | |
| 240. --FHLB 2.180% due 11/16/18 | | | | | Redeemed | 11/16/12 | J | | |
| 241. --Kirby Corp. (KEX) | | | | | Sold | 01/10/12 | J | B | |
| 242. --Questar Corporation | | | | | Sold | 01/09/12 | J | | |
| 243. IRA ACCOUNT NO. 2: | A | Dividend | L | T | | | | | |
| 244. | B | Interest | | | | | | | |
| 245. --SEI Daily Income TRFUND 138 Treas Portfolios Cl B | | | | | | | | | |
| 246. --Baxter International 5.9% Bond due 09/01/16 | | | | | | | | | |
| 247. --Becton Dickinson & Co. (BCX) | | | | | | | | | |
| 248. | | | | | Sold (part) | 01/06/12 | J | | |
| 249. | | | | | Sold | 06/19/12 | J | | |
| 250. --Church & Dwight | | | | | Buy | 01/06/12 | J | | |
| 251. --Citrix Sys Inc | | | | | Buy | 01/19/12 | J | | |
| 252. | | | | | Sold | 11/09/12 | J | | |
| 253. --Express Scripts Inc. | | | | | Merged (with line 254) | 04/03/12 | J | | |
| 254. --Express Scripts Hldg | | | | | Open | 04/03/12 | J | | |
| 255. --FirstEnergy Corp. | | | | | Buy | 07/27/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 03/11/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold | 09/05/12 | J | | |
| 257. --Henry Schein Inc. (HSIC) | | | | | | | | | |
| 258. --McCormick & Co. Inc Non Voting | | | | | Buy | 01/18/12 | J | | |
| 259. --Nike Inc Class B | | | | | Buy | 01/06/12 | J | | |
| 260. | | | | | Sold | 10/11/12 | J | | |
| 261. --Oracle Corp. Com. (ORCL) | | | | | Sold | 06/19/12 | J | | |
| 262. --Teradata Corp | | | | | Buy | 08/28/12 | J | | |
| 263. --Trimble Nav. Ltd. | | | | | Buy | 02/09/12 | J | | |
| 264. INSURANCE POLICIES (CASH SURRENDER VALUES): | | | | | | | | | |
| 265. Mass Mutual Life Ins. Co. | B | Dividend | L | T | | | | | |
| 266. Mass. Mutual Life Ins. Co. | B | Dividend | L | T | | | | | |
| 267. General American Life Ins. Co. | | None | K | T | | | | | |
| 268. | | | | | | | | | |
| 269. REAL PROPERTIES: | | | | | | | | | |
| 270. House No. 1 ("O/C") in Chesterfield Co., Va. | D | Rent | M | S | | | | | |
| 271. Assessed at 100% of value, at $161,600 as of 01/01/2013 | | | | | | | | | |
| 272. House, Richmond, Va. Assessed on June 25, 2012, | D | Rent | M | S | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. at 100% of value as of 01/01/2013 at $165,000 | | | | | | | | | |
| 274. House, Property No. 2 in Chesterfield Co., Va. | D | Rent | M | S | | | | | |
| 275. Assessed January 1, 2013, at $177,000 at 100% of value | | | | | | | | | |
| 276. | | | | | | | | | |
| 277. VESTED PARTIAL REMAINDERMAN INTEREST IN TRUSTS | | | | | | | | | |
| 278. TRUST #1 | A | Dividend | J | T | Open | 08/15/12 | L | | |
| 279. The value code of L on opening is the value of our interest | | | | | | | | | |
| 280. in the trust, which was one-third of the trust. | | | | | | | | | |
| 281. --Cash | | | | | Distributed (part) | 08/16/12 | J | | |
| 282. This cash came from sales of the money mkt. account or from | | | | | Distributed (part) | 11/01/12 | L | | |
| 283. dividends and proceeds of sales of other assets. | | | | | Distributed (part) | 11/02/12 | J | | |
| 284. The trustee did not provide the dates of sales of money | | | | | Distributed (part) | 11/02/12 | J | | |
| 285. None of the sales of money mkt. acct. | | | | | Distributed (part) | 11/02/12 | J | | |
| 286. funds generated a gain. | | | | | Distributed (part) | 11/09/12 | K | | |
| 287. | | | | | Distributed (part) | 11/09/12 | K | | |
| 288. | | | | | Distributed (part) | 11/14/12 | J | | |
| 289. | | | | | Distributed (part) | 11/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 03/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Distributed (part) | 11/14/12 | J | | |
| 291. | | | | | Distributed (part) | 11/16/12 | J | | |
| 292. --FEDERATED MONEY MKT TRSY OBLIGSD    FFS | | | | | Closed | 11/16/12 | J | | |
| 293. Cash received in account ordinarily swept into this money | | | | | | | | | |
| 294. mkt. account (unless distributed). That is to say, | | | | | | | | | |
| 295. dividends and sales proceeds of other assets if not | | | | | | | | | |
| 296. distributed, were used to purchase add'l shares of this | | | | | | | | | |
| 297. of this money mkt. account. | | | | | | | | | |
| 298. Money mkt. funds were sold if needed | | | | | | | | | |
| 299. to provide sufficient funds to make the cash distributions | | | | | | | | | |
| 300. appearing above. Trustee did not provide the dates of sales | | | | | | | | | |
| 301. and purchases of money mkt. acct. funds. | | | | | | | | | |
| 302. the money mkt. funds generated a gain. | | | | | | | | | |
| 303. --DOUBLELINE FDS TR TOTAL RETURN BD FD CL I | | | | | Sold (part) | 10/25/12 | J | A | |
| 304. | | | | | Sold | 11/08/12 | J | A | |
| 305. --FEDERATED EQUITY FDS STRATEGIC VALUE FD CL INSTL | | | | | Sold (part) | 10/25/12 | J | A | |
| 306. | | | | | Sold (part) | 11/08/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 03/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 12/06/12 | J | | |
| 308. | | | | | Distributed | 12/21/12 | J | | |
| 309. --FORUM ABSOLUTE STRATEGIES FD INSTL CL | | | | | Sold (part) | 10/25/12 | J | A | |
| 310. | | | | | Sold | 11/08/12 | J | A | |
| 311. --HARBOR FD CAP APPREC'N FD INSTL CL | | | | | Sold (part) | 10/25/12 | J | A | |
| 312. | | | | | Sold | 11/08/12 | J | A | |
| 313. --MANNING & NAPIER FDS WORLD OPPTYS SER CL A | | | | | Sold (part) | 10/25/12 | J | | |
| 314. | | | | | Sold | 11/08/12 | J | | |
| 315. --NEUBERGER BERMAN INCOME FDS HIGH INCOME BD FD CL INSTL | | | | | Sold (part) | 10/25/12 | J | A | |
| 316. | | | | | Sold | 11/08/12 | J | A | |
| 317. --OPPENHEIMBER FDS DEVELOPING MKTS INSTL FD CL Y | | | | | Sold (part) | 10/25/12 | J | A | |
| 318. | | | | | Sold | 11/08/12 | J | A | |
| 319. --PIMCO FDS EMERGING LOCAL BD FD INSTL CL | | | | | Sold (part) | 10/25/12 | J | A | |
| 320. | | | | | Sold (part) | 11/08/12 | J | A | |
| 321. | | | | | Sold | 11/15/12 | J | | |
| 322. --PIMCOM FDS INVT GRADE CORP FD INSTL CL | | | | | Sold (part) | 10/25/12 | J | A | |
| 323. | | | | | Sold | 11/08/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 03/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. --PIMCO FDS LOW DURATION FD INSTL CL | | | | | Sold (part) | 10/25/12 | J | A | |
| 325. | | | | | Sold | 11/08/12 | J | A | |
| 326. --SCHRODER FDS US SMALL & MIDCAP OPPTYS FD IV | | | | | Sold (part) | 10/25/12 | J | A | |
| 327. | | | | | Sold | 11/08/12 | J | | |
| 328. --PRICE T ROWE FDS LARGE-CAP GROWTH FD INSTL CL | | | | | Sold (part) | 10/25/12 | J | A | |
| 329. | | | | | Sold (part) | 11/08/12 | J | A | |
| 330. | | | | | Distributed | 12/26/12 | J | | |
| 331. --VANGUARD SCOTTSDALE FDS MTG-BACKED SECS INDEX FD CL SIGNAL | | | | | Sold (part) | 10/25/12 | J | | |
| 332. | | | | | Sold | 11/12/12 | J | | |
| 333. --WASATCH FDS 1ST SOURCE LONG/ SHORT FD | | | | | Sold (part) | 10/25/12 | J | A | |
| 334. | | | | | Sold | 11/08/12 | J | | |
| 335. --RIDGEWORTH FD - INTERMEDIATE BD I SHS #RGCF | | | | | Sold (part) | 10/25/12 | J | A | |
| 336. | | | | | Sold | 11/08/12 | K | B | |
| 337. --RIDGEWORTH FD - LARGECAP VALUE EQUITY I SHS #rgdR | | | | | Sold (part) | 11/08/12 | J | A | |
| 338. | | | | | Distributed (part) | 11/13/12 | J | | |
| 339. | | | | | Distributed | 12/31/12 | J | | |
| 340. --RIDGEWORTH FD-SHORT TERM BD I SHS #RGCX | | | | | Sold (part) | 10/25/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 03/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold | 11/08/12 | J | A | |
| 342. TRUST # 2 | A | Dividend | J | T | Open | 08/15/12 | L | | |
| 343. The value code of L on opening is the value of our interest | | | | | | | | | |
| 344. in the trust, which was a one-third interest. | | | | | | | | | |
| 345. --Cash | | | | | Distributed (part) | 11/01/12 | L | | |
| 346. This cash came from sales of the money mkt. account or from | | | | | Distributed (part) | 11/02/12 | J | | |
| 347. dividends and proceeds of sales of other assets. | | | | | Distributed (part) | 11/02/12 | J | | |
| 348. The trustee did not provide the dates of sales of money | | | | | Distributed (part) | 11/02/12 | J | | |
| 349. None of the sales of money mkt. acct. | | | | | Distributed (part) | 11/06/12 | J | | |
| 350. funds generated a gain. | | | | | Distributed (part) | 11/06/12 | J | | |
| 351. | | | | | Distributed (part) | 11/08/12 | J | | |
| 352. | | | | | Distributed (part) | 11/08/12 | J | | |
| 353. | | | | | Distributed (part) | 11/09/12 | L | | |
| 354. | | | | | Distributed (part) | 11/09/12 | K | | |
| 355. | | | | | Distributed (part) | 11/09/12 | J | | |
| 356. | | | | | Distributed (part) | 01/16/12 | J | | |
| 357. --FEDERATED MONEY MKT OBLIGS TR TRSY OBLIGS INSTL CL #68 FFS | | | | | Closed | 11/16/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Cash received in account ordinarily swept into this money | | | | | | | | | |
| 359. mkt. account (unless distributed). That is to say, | | | | | | | | | |
| 360. dividends and sales proceeds of other assets if not | | | | | | | | | |
| 361. distributed, were used to purchase add'l shares of this | | | | | | | | | |
| 362. of this money mkt. account. | | | | | | | | | |
| 363. Money mkt. funds were sold if needed | | | | | | | | | |
| 364. to provide sufficient funds to make the cash distributions | | | | | | | | | |
| 365. appearing above. Trustee did not provide the dates of sales | | | | | | | | | |
| 366. and purchases of money mkt. acct. funds. | | | | | | | | | |
| 367. None of the sales of the money mkt. funds generated a gain. | | | | | | | | | |
| 368. --ABERDEEN EQUITY LONG SHORT-I | | | | | Buy | 08/17/12 | J | | |
| 369. | | | | | Sold (part) | 10/25/12 | J | | |
| 370. | | | | | Sold | 11/08/12 | J | | |
| 371. --FEDERATED EQUITY FDS STRATEGIC VALUE FD CL INSTL | | | | | Sold (part) | 08/17/12 | J | B | |
| 372. | | | | | Sold (part) | 10/25/12 | J | B | |
| 373. | | | | | Sold (part) | 11/08/12 | J | A | |
| 374. | | | | | Distributed | 12/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 03/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. --FORUM FDS ABSOLUTE STRATEGIES FD INSL CL | | | | | Sold (part) | 08/17/12 | J | A | |
| 376. | | | | | Sold (part) | 10/25/12 | J | A | |
| 377. | | | | | Sold | 11/08/12 | J | A | |
| 378. --HARBOR CAP APPRECIATION-I | | | | | Buy | 08/17/12 | K | | |
| 379. | | | | | Sold (part) | 10/25/12 | J | | |
| 380. | | | | | Sold | 11/08/12 | J | | |
| 381. --MANNING & NAPIER FDS WORLD OPPTYS SERCL A | | | | | Sold (part) | 08/17/12 | J | | |
| 382. | | | | | Sold (part) | 10/25/12 | J | | |
| 383. | | | | | Sold | 11/08/12 | J | | |
| 384. --OPPENHEIMER FDS DEVELOPING MKTS INSTL FD CL Y | | | | | Sold (part) | 08/17/12 | J | | |
| 385. | | | | | Sold (part) | 10/25/12 | J | A | |
| 386. | | | | | Sold | 11/08/12 | J | A | |
| 387. --PIMCO FDS COMMODITY REALRETURN STRATEGY INSTL | | | | | Sold | 08/17/12 | J | | |
| 388. --PIMCO FDS PAC INVT MGMT SER INVT GRADECORP BD FD INSTL CL | | | | | Sold (part) | 10/25/12 | J | A | |
| 389. | | | | | Sold | 11/08/12 | J | B | |
| 390. --PIMCO FDS LOW DURATION FD INSTL CL | | | | | Sold (part) | 10/25/12 | J | A | |
| 391. | | | | | Sold | 11/08/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 03/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. --SCHRODER FDS US SMALL & MIDCAP OPPTYS FD IV | | | | | Sold | 08/17/12 | J | A | |
| 393. --T ROWE PRICE FDS LARGE-CAP GROWTH FD INSTL CL | | | | | Sold (part) | 08/17/12 | J | A | |
| 394. | | | | | Sold (part) | 10/25/12 | J | B | |
| 395. | | | | | Sold (part) | 11/08/12 | J | B | |
| 396. | | | | | Distributed | 12/28/12 | J | | |
| 397. --TEMPLETON INCOME TR GLOBAL BD FD ADVISOR CL | | | | | Sold (part) | 10/25/12 | J | A | |
| 398. | | | | | Sold | 11/08/12 | J | A | |
| 399. --WASATCH-1ST SOURCE LONG/ SHORT | | | | | Buy | 08/17/12 | J | | |
| 400. | | | | | Sold (part) | 10/25/12 | J | | |
| 401. | | | | | Sold | 11/08/12 | J | | |
| 402. --RIDGEWORTH FD-INTERMEDIATE BD I SHS #RGD4 | | | | | Sold (part) | 10/25/12 | J | A | |
| 403. | | | | | Sold (part) | 11/08/12 | J | A | |
| 404. | | | | | Sold | 11/15/12 | J | A | |
| 405. --RIDGEWORTH FD-LARGECAP VALUE EQUITY I SHS #RGD4 | | | | | Sold (part) | 08/17/12 | J | A | |
| 406. | | | | | Sold (part) | 10/25/12 | J | B | |
| 407. | | | | | Sold (part) | 11/08/12 | J | B | |
| 408. | | | | | Distributed | 12/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409.  --RIDGEWORTH FD-SEIX FLTG RT HIGH INCM I SHS #RGCJ | | | | | Sold (part) | 10/25/12 | J | A | |
| 410. | | | | | Sold | 11/08/12 | J | A | |
| 411.  --RIDGEWORTH FD-SHORT TERM BD I SHS #RGCX | | | | | Sold (part) | 10/25/12 | J | A | |
| 412. | | | | | Sold | 11/08/12 | J | A | |
| 413. | | | | | | | | | |
| 414.  INTEREST IN MUTUAL LIFE INSURANCE COMPANY | | | | | | | | | |
| 415.  Gen. Amer. Mut. Holding Co.: Membership Interest | A | Distribution | | | Closed | 07/13/12 | J | A | |
| 416.  Distribution this year from liquidation of company | | | | | | | | | |
| 417.  (final distribution). Treated as capital gain for tax | | | | | | | | | |
| 418.  purposes which is why gain of A is listed in Column D(4). | | | | | | | | | |
| 419. | | | | | | | | | |
| 420.  INTEREST IN SETTLEMENT FUND | | | | | | | | | |
| 421.  AOL Time Warner, Inc. Securities & ERISA Litigation | | None | J | W | | | | | |
| 422.  Settlement Fund. [Uncertain when final distribution | | | | | | | | | |
| 423.  will occur or whether it has already occurred.] | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Samuel M. | 03/11/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

**FINANCIAL DISCLOSURE REPORT**

Page 30 of 30

Name of Person Reporting

Teel, Samuel M.

Date of Report

03/11/2013

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Samuel M. Teel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544